*General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *William Strong* for the United States.

No. 190. AUDETT *v.* JOHNSTON, WARDEN. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Theodore James Audett, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 193. BOLDS *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 198. GRANT *v.* ILLINOIS. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 213. DAVIS *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 214. TUTTLE *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 235. YETTER *v.* ILLINOIS. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.